**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Remey Abelardo TOMAS–GOSTAS,**
**Defendant–Appellant.**

**No. 07–11349**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 21, 2008.

Mara Allison Guagliardo, Federal Public Defender, R. Fletcher Peacock, Tampa, FL, for Defendant–Appellant.

**900**

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Frank J. Saibert, Hallie A. Diethelm, Chicago, IL, for Defendant–Appellee.

Before TJOFLAT, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Remey Abelardo Tomas–Gostas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Tomas's conviction and sentence are **AFFIRMED.**